Orman M. Wilcox. Respondent, v. Edward C. Spencer and Charles D. Reid, Appellants. Kenneth Baker, Respondent, v. Edward C. Spencer and Charles D. Reid, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements in one appeal.

Walter R. Burt, Respondent, v. Martin H. Walrath, Appellant, and Others.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Final Judicial Settlement of the Account of Mary M. Kneeskern, as Administratrix, etc., of Maggie K. Smith, Deceased, Executrix, etc., of Jonas S. Smith, Deceased.— Motion for reargument denied, with ten dollars costs to the appellants against the respondent personally.

In the Matter of the Judicial Settlement of the Accounts of Annie E. McCaughin, as Executrix of Daniel McCaughin, the Deceased Executor, etc., of Robert A. McCaughin, Deceased, and of Annie E. McCaughin, as Administratrix, etc., of Robert A. McCaughin, Deceased. In the Matter of the Petition of Robert D. McCaughin and Another to Obtain a Construction as to the Validity, etc., of a Disposition of Property Contained in the Last Will and Testament of Robert A. McCaughin, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Loren E. Avery, Respondent, v. Donald Hyde, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Stella Ryan, Respondent, v. The Barnard Bakeshops, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Rhodes, J., not sitting.

John D. Keeler and Another, Respondents, v. Fred T. Ley & Co., Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

William A. Mertens, an Infant, by William A. Mertens, His Guardian ad Litem, Appellant, v. The City of Troy, Respondent. William A. Mertens, Appellant, v. The City of Troy, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Lora A. Ingraham, as Executrix, etc., of J. Wesley Ingraham, Deceased, Respondent, v. James N. Dunne, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Mary E. Getz, Respondent, v. Albany Royal Theatre Corporation, Appellant. Harry L. Getz, Respondent, v. Albany Royal Theatre Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Rhodes, J., not sitting.

In the Matter of the Application of the City of Yonkers, Appellant, for an Alternative Order of Prohibition against Milo R. Maltbie and Others, Constituting the Public Service Commission, and The Yonkers Railroad Company, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.